1914. Decided April 13, 1914. *Per Curiam.* Petitions for writs of certiorari granted, upon the authority of § 262 of the Judicial Code; *In re Chetwood,* 165 U. S. 443, 462; *Whitney* v. *Dick,* 202 U. S. 132; *McClellan* v. *Garland,* 217 U. S. 268; *United States* v. *Beatty,* 232 U. S. 463, 467. *Mr. William A. Glasgow, Jr.,* for the petitioner. No appearance for the respondent. *Mr. Joseph W. Folk* and *Mr. Charles W. Needham* filed a brief for The Interstate Commerce Commission.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF HENRY H. EVANS, PETITIONER. Submitted April 6, 1914. Decided April 13, 1914. Motion for leave to file petition for a writ of mandamus denied. *Mr. Albert J. Hopkins* for the petitioner.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF JOHN DENNETT, JR., ET AL., PETITIONERS. Submitted April 13, 1914. Decided April 20, 1914. Motion for leave to file petition for writs of prohibition and mandamus denied. *Mr. William M. Seabury* for the petitioners.

---

No. 806. LOUIS W. PRENICA, ETC., ET AL., PLAINTIFFS IN ERROR, *v.* MAY BULGER. In error to the Supreme Court of the State of Nebraska. Motion to dismiss submitted April 20, 1914. Decided April 27, 1914. *Per Curiam.* Dismissed for want of jurisdiction on the authority of: 1. *Consol. Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600, and cases cited; 2. *De Bary & Co.* v. *Louisiana,* 227 U. S. 108, and cases cited. *Mr. William C. Prentiss* and *Mr. Walter L. Clark* for the plaintiffs in error. *Mr. W. T. Thompson* for the defendant in error.